United States District Court
Southern District of Texas
**ENTERED**
October 16, 2024
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | |
|---|---|
| SIDNEY MAURICE THOMPSON, IV, § § Plaintiff, § § VS. § NUECES COUNTY JAIL, § § Defendant. § | CIVIL ACTION NO. 2:24-CV-00107 |

### ORDER ADOPTING MEMORANDUM AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE

On September 16, 2024, United States Magistrate Judge Mitchel Neurock issued his "Memorandum and Recommendation of United States Magistrate Judge" (M&R, D.E. 12), recommending that this action be dismissed without prejudice for failure to prosecute and that Plaintiff's application to proceed *in forma pauperis* (D.E. 9) be denied as moot. Plaintiff was provided proper notice of, and opportunity to object to, the Magistrate Judge's memorandum and recommendation. Fed. R. Civ. P. 72(b); 28 U.S.C. § 636(b)(1); General Order No. 2002-13. The notice has been returned as undeliverable. It appears that Plaintiff is no longer housed at the Nueces County Jail and Plaintiff has not apprised the Court of any new address. No objections to the M&R have been timely filed.

When no timely objection to a magistrate judge's memorandum and recommendation is filed, the district court need only satisfy itself that there is no clear error on the face of the record and accept the magistrate judge's memorandum and

recommendation. *Guillory v. PPG Indus., Inc.*, 434 F.3d 303, 308 (5th Cir. 2005) (citing *Douglass v. United Servs. Auto Ass'n*, 79 F.3d 1415, 1420 (5th Cir. 1996)).

Having reviewed the findings of fact and conclusions of law set forth in the Magistrate Judge's memorandum and recommendation (D.E. 12), and all other relevant documents in the record, and finding no clear error, the Court **ADOPTS** as its own the findings and conclusions of the Magistrate Judge.  Accordingly, this action is **DISMISSED WITHOUT PREJUDICE** and Plaintiff's application to proceed *in forma pauperis* is **DENIED AS MOOT**.

**ORDERED** on October 16, 2024.

NELVA GONZALES RAMOS
UNITED STATES DISTRICT JUDGE